IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY M. DAVIS, Jr.,

    Plaintiff,                                       JUDGMENT IN A CIVIL CASE

v.                                               14-cv-278-wmc

MICHAEL MEISNER, SCOTT WALKER,
GARY ANKARLO, ED WALL, DR. WOOD,
JOHN DOES 1-60, et al.,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Jeffrey M. Davis, Jr.'s case without prejudice pursuant to 42 U.S.C. § 1997e(a) for lack of exhaustion.

| /s/ | 4/24/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |