IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFFREY M. DAVIS, JR. and
CHRISTOPHER GOODVINE,

                Plaintiff,                        ORDER

        v.                                     14-cv-278-wmc

MICHAEL MEISNER, *et al.*,

                Defendants.

---

      State inmates Jeffrey M. Davis, Jr., and Christopher Goodvine filed a proposed amended complaint pursuant to 42 U.S.C. § 1983, concerning the conditions of their confinement at CCI. Davis and Goodvine also moved to certify a class action. On October 15, 2014, the court denied the motion for class certification, dismissed without prejudice the individual claims lodged by Goodvine, and ordered Davis to replead. Goodvine has filed a motion for reconsideration, arguing that he should be allowed to proceed jointly with Davis on the proposed class claims. The court disagrees and, for reasons stated previously, will deny the motion for reconsideration.

ORDER

      IT IS ORDERED that the motion for reconsideration filed by Christopher Goodvine (dkt. # 25) is DENIED.

      Entered this 5th day of November, 2014.

                                                        BY THE COURT:

                                                        /s/
                                                        _____
                                                        WILLIAM M. CONLEY
                                                       District Judge