IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY DAVIS II
AND CHRISTOPHER GOODVINE,

      Plaintiffs,

v.

MICHAEL MEISNER, SCOTT WALKER,
GARY ANKARLO, ED WALL, DR. WOOD,
AND JOHN DOES 1-60,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   14-cv-278-wmc

      This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Christopher Goodvine's claims without prejudice.

/s/

Peter Oppeneer, Clerk of Court

November 18, 2014

Date