UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER GOODVINE,

    PLAINTIFF - AND CLASS REPRESENTATIVE APPELLANT

V.

MICHAEL MEISNER, ET AL.,

    DEFENDANTS - APPELLEES.

CASE NO. 14-CV-278-WMC

NOTICE OF APPEAL

    NOTICE IS HEREBY GIVEN THAT PLAINTIFF-PUTATIVE CLASS REPRESENTATIVE, CHRISTOPHER GOODVINE, HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT FROM THE FINAL JUDGMENTS OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN ENTERED IN THIS ACTION ON THE 15TH DAY OF OCTOBER, 2014, AND THE 5TH DAY OF NOVEMBER, 2014.

DATED THIS 13TH DAY OF NOVEMBER, 2014.

CL

CHRISTOPHER GOODVINE

DOC NO. 316458

COLUMBIA CORR. INST.

P.O. BOX 900

PORTAGE, WI 53901