IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFFREY M. DAVIS, JR. and
CHRISTOPHER GOODVINE,

                Plaintiffs,                OPINION AND ORDER

      v.                                              14-cv-278-wmc
                                                        App. No. 14-3543

MICHAEL MEISNER, *et al.*,

                Defendants.

---

On October 15, 2014, this court denied plaintiffs Jeffrey Davis and Christopher Goodvine's motion for class certification, and severed and dismissed Goodvine's claims without prejudice to raising them in a separate lawsuit. Goodvine has now filed a notice of appeal. (Dkt. # 31). Goodvine has not paid the $505 appellate docketing fee, so this court construes Goodvine's appeal to include a request for leave to proceed on appeal *in forma pauperis.* The court cannot consider this motion, however, because it lacks supporting documentation regarding his eligibility for indigent status. *See* 28 U.S.C. § 1915(a)(2). For his appeal to proceed, Goodvine must either pay the $505 appellate docketing fee within twenty days or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of his appeal.

ORDER

      IT IS ORDERED that, plaintiff Christopher Goodvine may have until December 17, 2014 to either (1) pay the $505.00 appellate docketing fee; or (2) submit a certified copy of

his inmate trust fund account statement, in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of his appeal without further notice.

Entered this 25 day of November, 2014.

BY THE COURT:

/s/
PETER A. OPPENEER
Magistrate Judge