IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER GOODVINE,

      ORDER

    Plaintiff,

v.

      14-cv-278-wmc
MICHAEL MEISNER, *et al.*,      15-cv-146-wmc

    Defendants.

---

  Plaintiff Christopher Goodvine filed these civil actions under 42 U.S.C. § 1983, challenging conditions in segregation at Columbia Correctional Institution. The court has recruited counsel David Anstaett, Lissa Koop and Brandon Lewis of Perkins Coie, for the limited purpose of assisting plaintiff with mediation. *See* 28 U.S.C. § 1915(e)(1) ("The court may request an attorney to represent any person unable to afford counsel."); *Pruitt v. Mote*, 503 F.3d 647, 653-54 (7th Cir. 2007) (en banc) (noting that § 1915(e)(1) confers, at most, discretion "to recruit a lawyer to represent an indigent civil litigant *pro bono publico*"). Accordingly, the court will enter his appearance as plaintiff's *pro bono* counsel for the record.

  Entered this 13th day of April, 2016.

            BY THE COURT:

            _____
            WILLIAM M. CONLEY
            District Judge